IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-616-GCM

| | | |
|---|---|---|
| DANA KECK, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| MATTAMY CAROLINA CORPORATION, | ) | |
| d/b/a MATTAMY HOMES, *et al*, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Kurt J. Erickson,** filed December 23, 2015 [doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Erickson is admitted to appear before this court *pro hac vice* on behalf of Defendants, Mattamy Carolina Corporation, David Mueller.

**IT IS SO ORDERED.**

Signed: January 4, 2016

Graham C. Mullen
United States District Judge