IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00616-GCM

| | |
|---|---|
| DANA KECK, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DAVID MUELLER | ) |
| MATTAMY CAROLINA CORPORATION | ) |
| JOHN/JANE DOES, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court on its own motion. The parties are ordered to confer and propose a mutually convenient date for a status conference with the Court. At that time, the Court will restart the discovery process and will consider recommendations from the parties on specific discovery that is proportional to the needs of this case and necessary in order to schedule the case. Accordingly, the parties are to submit a joint proposed protective order and to attempt to agree on the required discovery in advance of the conference.

**SO ORDERED.**

Signed: April 12, 2016

Graham C. Mullen
United States District Judge