# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CV-00616-GCM

DANA KECK,                                 )
                                           )
     **Plaintiffs,**                      )
                                           )
    **v.**                                )       **ORDER**
                                           )
DAVID MUELLER                              )
MATTAMY CAROLINA CORPORATION               )
JOHN/JANE DOES,                            )
                                           )
    **Defendants.**                      )
_____   )

**THIS MATTER** is before the Court on its own Motion. On April 29, 2016, the Court conducted a status conference in this case. The following order is issued consistent with discussions with counsel at that conference.

Defendant has agreed to turn over documents requested by Plaintiff in conjunction with Rule 26 disclosures. Defendant is ordered to make those documents available to Plaintiff within 10 days of this order. After Plaintiff has received those documents, this matter will be stayed pending the resolution of a parallel EEOC charge containing allegations substantially in common with this suit. Defendant has indicated that, without waiving any defenses, it will stipulate to an amended complaint containing any discrimination claims raised in the EEOC charge.

The parties also stated that they may be interested in engaging in another judicial settlement conference after Plaintiff reviews the agreed upon documents. Notwithstanding the stay of proceedings, if the parties agree to participate in a judicial settlement conference, they are directed to contact chambers.

**IT IS THEREFORE ORDERED** that Defendant will disclose the agreed upon documents to Plaintiff within 10 days. It is further ordered that at that time, this matter be stayed pending resolution of the EEOC charge.

**SO ORDERED.**

Signed: April 29, 2016

Graham C. Mullen
United States District Judge