IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILE NO. 3:15-CV-00616

| | |
|---|---|
| DANA KECK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MATTAMY CAROLINA )<br>CORPORATION d/b/a MATTAMY )<br>HOMES, DAVID MUELLER, and )<br>DECISION MAKER DOES 1-2, )<br>)<br>Defendants. ) | **ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal, Plaintiff Dana Keck's Complaint in this civil action, and all of her causes of actions and claims for relief in this civil action are hereby dismissed with prejudice and on the merits and any counterclaims that could have been brought in this civil action are dismissed with prejudice, with all parties to bear their own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Date: 20 Sept 16

_____
The Honorable Graham Mullen
United States District Judge

4826-5834-4759, v. 1

1