IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILE NO. 3:15-CV-00616

| | |
|---|---|
| DANA KECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **AMENDED ORDER OF DISMISSAL** |
| MATTAMY CAROLINA ) | |
| CORPORATION d/b/a MATTAMY ) | |
| HOMES, DAVID MUELLER, and ) | |
| DECISION MAKER DOES 1-2, ) | |
| ) | |
| Defendants. ) | |

This Amended Order of Dismissal supersedes and replaces the Order of Dismissal dated September 20, 2016 (Doc. No. 30). Based upon the Stipulation of Dismissal (Doc. No. 28), and based upon the correspondence submitted to the Court on September 22, 2016, Plaintiff Dana Keck's Complaint in this civil action, and all of her causes of actions and claims for relief in this civil action are hereby dismissed with prejudice and any counterclaims that could have been brought in this civil action are dismissed with prejudice, with all parties to bear their own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Signed: September 21, 2016

_Graham C. Mullen_
Graham C. Mullen
United States District Judge

1